UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD JAMES MOUTON, | ) | CASE NO. LA CV 15-09952-VBF (PJW) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING REPORT AND |
| | ) | ADOPTING FINDINGS, CONCLUSIONS, AND |
| v. | ) | RECOMMENDATIONS OF UNITED STATES |
| | ) | MAGISTRATE JUDGE, AND DENYING |
| D. PARAMO, | ) | CERTIFICATE OF APPEALABILITY |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the habeas corpus petition, the records on file, the Report and Recommendation of United States Magistrate Judge, and the applicable law. No objections to the Report and Recommendation ("R&R") have been filed. The Court finds no defect of law, fact, or logic in the Magistrate Judge's R&R and accordingly will accept and implement the R&R's findings and conclusions.

**The Report and Recommendation is ADOPTED.**

**The habeas corpus petition is DENIED.**

**Final judgment will be entered consistent with this Order and the R&R. As required by Fed. R. Civ. P. 58(a), the judgment will be entered as a separate document.**

Further, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has

1 | not made a substantial showing of the denial of a constitutional right and, therefore, a certificate of
2 | appealability is denied. *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S.
3 | 322, 336 (2003).
4 |     Petitioner may still seek a certificate of appealability from the Unite States Court of Appeals for the
5 | Ninth Circuit.

7 |     This action shall be TERMINATED and CLOSED (JS-6).

9 | Dated:     Wednesday, November 23, 2016

                    VALERIE BAKER FAIRBANK
                    Senior United States District Judge

H:\CLOSED G-N\x Mouton, Edward James (15-09952) (PJW 2254)\LA15CV09952-VBF-MO-Adopt PJW R&R, Deny 2254, Deny COA, Edward James Mouton (Wed Nov 23, 2016).wpd