UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD JAMES MOUTON, | ) | CASE NO. LA CV 15-9952-VBF (PJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | **FINAL JUDGMENT** |
| v. | ) | |
| | ) | |
| D. PARAMO, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge, **final judgment is hereby entered in favor of the respondent and against petitioner Edward James Mouton**.

Dated: Wednesday, November 23, 2016

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
Senior United States District Judge

C:\Users\jbrendel\AppData\Local\Temp\notesC7A056\Judgment.wpd